# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00159 |
| DONISHA LAVETTE BUTLER, | ) | Assigned To: Judge Upadhyaya, Moxila A. |
| | ) | Assign. Date: 8/21/2025 |
| TERRANCE DOMONICK WILSON, | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  __8/19/2025__  in the county of  _____  in the _____ District of  __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| DONISHA BUTLER:<br>18 U.S.C. § 111(a)(1) | did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony). |
| TERRANCE WILSON:<br>18 U.S.C. § 111(a)(1) | did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony). |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/21/2025

*Judge's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*